UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 18-11236-RGS

CHRISTOPHER JONES

v.

BOSTON CENTER FOR ADDICTIVE BEHAVIOR, et al.

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE FOR DISMISSAL
FOR LACK OF JURISDICTION

October 26, 2018

STEARNS, D.J.

On June 13, 2018, Christopher Jones, a Massachusetts resident now incarcerated at MCI Cedar Junction, filed this lawsuit against defendant Boston Center for Addictive Behaviors (Boston Center) and two of its employees. Asserting negligence and intentional tort claims (state law claims), and state and federal civil rights violations, Jones alleges that $1,700 was stolen from his wallet while it was in the custody of the Boston Center where he was an inpatient.

Magistrate Judge Boal in correct in her conclusions that there is no subject matter jurisdiction over Jones's claims. A plaintiff, under 42 U.S.C. § 1983 must show not only that "some person deprived [him] of a federal

right," but also that "such person 'acted under color of state or territorial law.'" *Grapentine v. Pawtucket Credit Union*, 755 F.3d 29, 31 (1st Cir. 2014). As the Boston Center is a private facility (owned by Lahey Clinic), there is no state action and the Federal Civil Rights Act does not apply. Jones does not plead diversity jurisdiction under 28 U.S.C. § 1332(a), and in any event, the controversy on the face of the Complaint does not meet the $75,000 diversity threshold. Consequently, Magistrate Judge Boal's Recommendation is ADOPTED and this case is DISMISSED without prejudice.

        SO ORDERED.

        /s/ Richard G. Stearns
        UNITED STATES DISTRICT JUDGE